# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| ELI LILLY AND COMPANY, | ) |
| Plaintiff/Counterclaim Defendant, | ) |
| v. | ) C.A. No. 1:18-cv-3133-JRS-MJD |
| ADOCIA S.A., | ) |
| Defendant/Counterclaim Plaintiff | ) |

## STIPULATED CONSENT JUDGMENT

Plaintiff/Counterclaim Defendant Eli Lilly and Company ("Lilly") and Defendant/Counterclaim Plaintiff Adocia S.A. ("Adocia"), by their respective undersigned attorneys, hereby stipulate and consent to entry of judgment in this action ("Action") as follows:

1. This Court has jurisdiction over the subject matter of the Action and has personal jurisdiction over the parties with respect to this Action.

2. Adocia has not established that any current or former employee of Adocia, or any consultant, contractor, or person having an obligation to assign inventions to Adocia, should be listed as an inventor on United States Patent 9,901,623.

3. Adocia has not established that any current or former employee of Adocia, or any consultant, contractor, or person having an obligation to assign inventions to Adocia, should be listed as an inventor on United States Patent 9,993,555.

4. Judgment is hereby entered for Lilly and against Adocia as to Count 1 and Count 2 of Lilly's Complaint (ECF No. 1).

5. Adocia's counterclaims (ECF No. 20) are hereby dismissed with prejudice in their entirety.

6. Lilly and Adocia will each bear their own attorneys' fees and costs incurred in connection with the Action.

We hereby consent to the form and entry of this Consent Judgment:

BINGHAM GREENBAUM DOLL LLP

/s Andrew M. Pendexter
D. Rusty Denton (#13956-49)
Andrew M. Pendexter (#30075-53)
2700 Market Tower
10 West Market Street
Indianapolis, IN 46204
(317) 635-8900
ddenton@bgdlegal.com
apendexter@bgdlegal.com

*Attorneys for Plaintiff/Counterclaim Defendant*

KRIEG DEVAULT LLP

/s Thomas J. Costakis (with permission)
Thomas J. Costakis (#4314-49)
One Indiana Square, Suite 2800
Indianapolis, IN 46204
(317) 636-4341
tcostakis@kdlegal.com

William J. Barkimer (#27017-49)
12800 North Meridian Street, Suite 300
Carmel, IN 46032
(317) 566-1110
wbarkimer@kdlegal.com

*Attorneys for Defendant/Counterclaim Plaintiff.*

September 26, 2019

SO ORDERED this _____ day of _____, 2019.

_____
United States District Judge